UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 23cr10101 |
| ) | |
| v. ) | Violations: |
| ) | |
| YVES ISIDOR, ) | Counts One Through Five: |
| Defendant. ) | Aiding and Assisting in the |
| ) | Filing of a False Tax Return |
| ) | (26 U.S.C. § 7206(2)) |

## INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment:

### General Allegations

1. Defendant YVES ISIDOR ("ISIDOR") lived in Somerville, Massachusetts.

2. ISIDOR owned and operated Tax and Realty Pro ("TRP"), a tax preparation and filing business located in Malden, Massachusetts.

3. For the tax years 2012 through 2016, ISIDOR prepared and caused to be filed with the Internal Revenue Service ("IRS") more than 1,200 returns in the names of taxpayers.

4. ISIDOR charged taxpayers between $100 and $500 per return for TRP's services.

5. ISIDOR was the only person who prepared tax returns through TRP on taxpayers' behalf.

### The Federal Tax Requirements

6. The IRS was an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States.

7. Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was a tax return submitted to the IRS on a yearly basis in the name of an individual taxpayer and in the names of

married taxpayers filing jointly. Form 1040 reported, among other items, the taxpayers' income, expenses, exemptions and deductions to determine the amount of tax owed or the amount to be refunded to the taxpayer.

8. Schedule A, Itemized Deductions ("Schedule A") was an IRS form attached to the Form 1040 to claim certain deductions from taxable income. Deductions to be claimed on a Schedule A included, among other things, medical and dental expenses, personal property taxes, charitable contributions, general sales taxes, and unreimbursed employee business expenses.

9. Schedule C, Profit or Loss from Business ("Schedule C") was an IRS form attached to Form 1040 to report income and expenses relating to a self-employment business.

10. Schedule E, Supplemental Income and Adjustments to Income ("Schedule E") was an IRS form attached to Form 1040 to report certain income and claim certain expense deductions relating to ownership and operation of rental property.

### The False and Fraudulent Tax Returns

11. ISIDOR prepared and caused to be filed with the IRS false and fraudulent Forms 1040 and related Schedules and Forms for TRP clients for the calendar years 2012 through 2016.

12. For calendar years 2012 through 2016, Schedules A that ISIDOR prepared and caused to be filed with the IRS were false in that they reported fictitious and inflated amounts for medical and dental expenses, personal property taxes, charitable contributions, general sales taxes, unreimbursed employee business expenses, and tax preparation fees.

13. For calendar years 2012 through 2015, Schedules C that ISIDOR prepared and caused to be filed with the IRS were false in that they reported fictitious and inflated self-employment expenses.

3

14.  For calendar years 2012 through 2015, Schedules E that ISIDOR prepared and caused to be filed with the IRS were false in that they reported fictitious and inflated rental expenses.

15.  ISIDOR'S preparation and filing of false and fraudulent Forms 1040 and related Schedules and Forms resulted in taxpayers paying lower taxes than they actually owed to the IRS and in the IRS issuing tax refunds to taxpayers to which the taxpayers were not entitled.

16.  ISIDOR caused hundreds of thousands of dollars in tax losses to the IRS.

## COUNTS ONE THROUGH FIVE
Aiding and Assisting in Filing a False Tax Return
(26 U.S.C. § 7206(2))

The Grand Jury further charges:

17. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 16 of this Indictment.

18. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

## YVES ISIDOR,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under the Internal Revenue Service, of U.S. Individual Tax Returns, Forms 1040 and attached Schedules and Forms, in the names of the taxpayers listed below, whose identities are known to the Grand Jury, for the tax year 2016. The Forms 1040 and attached Schedules and Forms were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the internal revenue laws to claim the deductions and credits set forth below, among others, whereas YVES ISIDOR then and there knew that the taxpayers were not entitled to claim the deductions and credits in the amounts set forth below:

| Count | Taxpayers | Filing Date | Schedule A False and Fraudulent Items | Amount Claimed |
|---|---|---|---|---|
| 1 | M.E.P & W.C | 4/19/17 | Line 8, Other Taxes | $1,325 |
| | | | Line 19, Total Contributions | $2,275 |
| | | | Line 21, Unreimbursed Employee Expenses | $6,268 |
| | | | Line 28, Other Miscellaneous Deductions | $15,620 |
| 2 | M.C. | 3/28/17 | Line 19, Total Contributions | $1,400 |
| | | | Line 21, Unreimbursed Employee Expenses | $8,191 |
| 3 | A.B. | 3/24/17 | Line 1, Medical and Dental Expenses | $11,998 |
| | | | Line 21, Unreimbursed Employee Expenses | $4,892 |
| 4 | R.C. & J.C. | 8/25/2017 | Line 21, Unreimbursed Employee Expenses | $6,656 |
| 5 | P.C. & L.L. | 5/31/2017 | Line 1, Medical and Dental Expenses | $5,600 |
| | | | Line 8, Other Taxes | $1,302 |
| | | | Line 21, Unreimbursed Employee Expenses | $6,388 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

_____
FOREPERSON

_____
VICTOR A. WILD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April 11th, 2023
Returned into the District Court by the Grand Jurors and filed.

Dawn M. King  12:51pm
DEPUTY CLERK