UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>YVES ISIDOR,       )<br>      Defendant.   )<br>_____) | Criminal Case No. 23-10101-WGY |

### DISMISSAL OF COUNTS ONE, TWO, FIVE AND TEN
### OF THE SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Counts One, Two, Five and Ten of the Superseding Indictment charging YVES ISIDOR with aiding and assisting in the filing of false tax returns, in violation of 26 U.S.C. § 7206(2).  In support of this dismissal, the government states that:

- The Superseding Indictment charges, among other matters, that the defendant "prepared and caused to be filed with the IRS false and fraudulent Forms 1040 and related Schedules and Forms [for tax return clients]."  Dkt. No. 65 at ¶ 12.

- The Internal Revenue Service ("IRS"), after diligent efforts, is unable to produce to the government the original paper tax returns alleged to have been filed with the IRS, as charged in Counts One, Two, Five and Ten.

- Dismissal of Counts One, Two, Five and Ten is in the interests of justice.

- The government will proceed to trial on Counts Three, Four and Six through Nine of the Superseding Indictment.

- The government will submit a redacted Superseding Indictment to renumber the counts.

Respectfully submitted this 16th day of October, 2024.

                                  JOSHUA S. LEVY
                                  Acting United States Attorney

By:   */ Amanda P.M. Strachan*
       BILL ABELY
       Chief, Criminal Division
       AMANDA P.M. STRACHAN
       Chief, Criminal Division

       */ Victor A. Wild*
       VICTOR A. WILD
       Assistant U.S. Attorney

       CHRISTINA M. GRIMES
       Trial Attorney
       U.S. Department of Justice, Tax Division

Leave to File Granted:

_____
HON. WILLIAM G. YOUNG
Senior Judge
United States District Court